1  JEFFREY A. MILLER (STATE BAR NO. 160602)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  1000 Marsh Road
   Menlo Park, CA  94025
3  Telephone:     650-614-7400
   Facsimile:      650-614-7401
4

5  Attorneys for Plaintiff
   UPEK, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | UPEK, INC., a Delaware corporation,   **Case No. C07-04338 HRL**

13 |             Plaintiff,                 **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

14 |       v.

15 | IDEX ASA,
    IDEX AMERICA INC., a Delaware
16 |         corporation, and
    STIFTELSEN FOR INDUDSTRIELL OG
17 | TEKNISK FORSKNING VED NTH.

18 |             Defendants.

19

20

21        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

22        The undersigned party hereby declines to consent to the assignment of this case to a

23 United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

24 this case to a United States Judge.

25

26

27

28

CASE NO. C07-04338 HRL: DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE

1
2
3  Dated: August 24, 2007
4
5

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
Jeffrey A. Miller
Attorneys for Plaintiff
UPEK, Inc.

- 2 -