UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Upek Inc., a Delaware corporation, | No. C07-04338 |
| Plaintiff, | |
| v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Idex Asa, et.al., | |
| Defendants. / | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for December 4, 2007 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: August 27, 2007                     RICHARD W. WIEKING,
                                           United States District Court

                                           */s/ Patty Cromwell*
                                           By: Patty Cromwell
                                           Courtroom Deputy Clerk to
                                           Magistrate Judge Howard R. Lloyd

| | |
|---|---|
| 1 | |
| 2 | THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO: |
| 3 | |
| 4 | Jeffrey Andrew Miller    jmiller@orrick.com, adalton@orrick.com, ritahernandez@orrick.com |

**United States District Court**
For the Northern District of California