**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5364 |

**August 27, 2007**

CASE NUMBER:  CV 07-04338 HRL
CASE TITLE:  UPEK, INC.-v-IDEX ASA, ET AL

<u>REASSIGNMENT ORDER</u>

    GOOD CAUSE APPEARING THEREFOR,

    IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Case assigned to the Honorable Charles R. Breyer** for all further proceedings.

    Counsel are instructed that all future filings shall bear the initials **CRB** immediately after the case number.

    ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/27/07

                                        FOR THE EXECUTIVE COMMITTEE:

                                        _____
                                                                      Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies<br>Log Book Noted | Special Projects<br>Entered in Computer 8/27/07 |

CASE SYSTEMS ADMINISTRATOR:

| | |
|---|---|
| Copies to:  All Counsel | Transferor CSA |