**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPEK INC, | No. C 07-04338 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| IDEX ASA ET AL, | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, December 7, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 4, 2007                                      FOR THE COURT,

                                                              Richard W. Wieking, Clerk
                                                              By: _____
                                                                  Barbara Espinoza
                                                                  Courtroom Deputy