1  JEFFREY A. MILLER (STATE BAR NO. 160602)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  1000 Marsh Road
   Menlo Park, CA 94025
3  Telephone:    650-614-7400
   Facsimile:    650-614-7401
4

5  Attorneys for Plaintiff
   UPEK, INC.
6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | UPEK, INC., a Delaware corporation,        CASE NO. C07-04338 HRL

13 |            Plaintiff,                      **PROOF OF SERVICE VIA U.S. MAIL**

14 |      v.

15 | IDEX ASA,
   | IDEX AMERICA INC., a Delaware
16 |            corporation, and
   | STIFTELSEN FOR INDUDSTRIELL OG
17 | TEKNISK FORSKNING VED NTH.

18 |            Defendants.

| *Attorney or Party without Attorney:* ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>1000 MARSH ROAD<br>Menlo Park, CA 94025<br>*Telephone No:* 650-614-7400    *FAX No:* 650-614-7401<br>*Attorney for:* Plaintiff | For Court Use Only |
|---|---|
| *Ref. No or File No.:* 15192-2004 | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California-San Jose Division

*Plaintiff:* UPEK, INC., A DELAWARE CORPORATION
*Defendant:* IDEX ASA, IDEX AMERICA INC., ET AL.

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:*<br>Tue, Dec. 04, 2007 | *Time:*<br>01:30PM | *Dept/Div:*<br>RM 2 | *Case Number:*<br>C07 04338 HRL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case And Complaint; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management And Discovery Disputes; Standing Order Regarding Case Management In Civil Cases; Local Guidelines; Notice Of Assignment Of Case To A United Magistrate Judge; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Ecf Registration Information Handout; Notice Of Electronic Availability Of Case File Information; General Order No. 53; General Order No. 40; General Order No. 45; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms; Adr Certification By Parties And Counsel; Stipulation And [Proposed] Order Selecting Adr Process; Notice Of Need For Adr Phone Conference; Order Of The Chief Judge; Adr Packet

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:          Fri., Aug. 24, 2007
    b. Place of Mailing:         BURLINGAME, CA 94010
    c. Addressed as follows:     IDEX AMERICA INC., A DELAWARE CORPORATION, BY SERVING: VIDA
                                 B. HARBAND, AGENT FOR SERVICE
                                 1 BLACKFIELD DR, #155
                                 TIBURON MAIL SERVICE
                                 TIBURON, CA 94920

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Aug. 24, 2007 in the ordinary course of business.

5. *Person Serving:*
    a. GLORIA MADERA
    b. A & A LEGAL SERVICE
       1541 Bayshore Hwy.
       BURLINGAME, CA 94010
    c. (650)697-9431, FAX (650)697-4640

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. *The Fee for Service was:*
    e. I am: (3) registered California process server
       (i) Employee
       (ii) Registration No.:   810
       (iii) County:            San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Aug. 27, 2007

   *Signed: (GLORIA MADERA)*

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007                PROOF OF SERVICE
                                                         By Mail                                          6147400.40553