1  JEFFREY A. MILLER (STATE BAR NO. 160602)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  1000 Marsh Road
   Menlo Park, CA  94025
3  Telephone:    650-614-7400
   Facsimile:    650-614-7401
4

5  Attorneys for Plaintiff
   UPEK, INC.
6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | UPEK, INC., a Delaware corporation,              | CASE NO. C07-04338 HRL
13 |                  Plaintiff,                      | PROOF OF SERVICE VIA
14 |       v.                                         | PERSONAL SERVICE
15 | IDEX ASA,
   | IDEX AMERICA INC., a Delaware
16 |                  corporation, and
   | STIFTELSEN FOR INDUDSTRIELL OG
17 | TEKNISK FORSKNING VED NTH.
18 |                  Defendants.

| Attorney or Party without Attorney: <br> ORRICK, HERRINGTON & SUTCLIFFE, LLP <br> 1000 MARSH ROAD <br> Menlo Park, CA 94025 <br> Telephone No: 650-614-7400    FAX No: 650-614-7401 <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: 15192-2004 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California-San Jose Division

Plaintiff: UPEK, INC., A DELAWARE CORPORATION
Defendant: IDEX ASA, IDEX AMERICA INC., ET AL.

| PROOF OF SERVICE <br> SUMMONS IN A CIVIL CASE | Hearing Date: <br> Tue, Dec. 04, 2007 | Time: <br> 1:30PM | Dept/Div: <br> RM 2 | Case Number: <br> C07 04338 HRL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management And Discovery Disputes; Standing Order Regarding Case Management In Civil Cases; Local Guidelines; Notice Of Assignment Of Case To A United Magistrate Judge; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Ecf Registration Information Handout; Notice Of Electronic Availability Of Case File Information; General Order No. 53; General Order No. 40; General Order No. 45; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms; Adr Certification By Parties And Counsel; Stipulation And [Proposed] Order Selecting Adr Process; Notice Of Need For Adr Phone Conference; Order Of The Chief Judge; Adr Packet

3. a. Party served:     IDEX AMERICA INC., A DELAWARE CORPORATION, BY SERVING: VIDA B. HARBAND, AGENT FOR SERVICE
   b. Person served:    party in item 5.b

4. Address where the party was served:    1 BLACKFIELD DR, #155
   TIBURON MAIL SERVICE
   TIBURON, CA 94920

5. I served the party:
   b. by substituted service. On: Fri., Aug. 24, 2007 at: 4:55PM I left the documents listed in item 2 with or in the presence of: MICHELLE BIRKENPAS
   (3) (physical address unknown)Usual Place of Mailing A person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. JIM RUIZ



1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM
Burlingame, CA 94010-1602    Fax (650) 697-4640
(650) 697-9431

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    186
      (iii) County:    Marin

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Mon, Aug. 27, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(JIM RUIZ)

6147400.40553