1  JEFFREY A. MILLER (STATE BAR NO. 160602)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  1000 Marsh Road
   Menlo Park, CA  94025
3  Telephone:    650-614-7400
   Facsimile:    650-614-7401
4

5  Attorneys for Plaintiff
   UPEK, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | UPEK, INC., a Delaware corporation,    | CASE NO. C07-04338 HRL
13 |            Plaintiff,                  | PROOF OF SERVICE VIA
                                              PERSONAL SERVICE
14 |     v.
15 | IDEX ASA,
     IDEX AMERICA INC., a Delaware
16 |           corporation, and
     STIFTELSEN FOR INDUDSTRIELL OG
17 | TEKNISK FORSKNING VED NTH.
18 |            Defendants.

| *Attorney or Party without Attorney:*<br>JEFFREY A. MILLER, ESQ., Bar #160602<br>ORRICK HERRINGTON & SUTCLIFFE, LLP<br>1000 MARSH ROAD<br>Menlo Park, CA 94025<br>Telephone No: 650-614-7400    *FAX No:* 650-614-7401 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff    *Ref. No. or File No.:* 15192-2004 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California-San Jose Division | |
| *Plaintiff:* UPEK, INC., A DELAWARE CORPORATION<br>*Defendant:* IDEX ASA, IDEX AMERICA INC.; ET AL | |

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:*<br>Tue, Dec. 04, 2007 | *Time:*<br>1:30PM | *Dept/Div:* | *Case Number:*<br>C07 04338 HRL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management And Discovery Disputes; Standing Order Regarding Case Management In Civil Cases; Local Guidelines; Notice Of Assignment Of Case To A United Magistrate Judge; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Ecf Registration Information Handout; Notice Of Electronic Availability Of Case File Information; General Order No. 53; General Order No. 40; General Order No. 45; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms; Adr Certification By Parties And Counsel; Stipulation And [Proposed] Order Selecting Adr Process; Notice Of Need For Adr Phone Conference; Order Of The Chief Judge; Adr Packet

3. a. *Party served:*  IDEX ASA BY SERVING: ZVI MARGALIS SR., VICE PRESIDENT OF SALES

4. *Address where the party was served:*  809 VEGA CIRCLE
   FOSTER CITY, CA 94404

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Aug. 24, 2007 (2) at: 11:55AM

7. *Person Who Served Papers:*
   a. DODY BRACKEN

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Employee
      (ii) *Registration No.:*  377
      (iii) *County:*  San Mateo
      (iv) *Expiration Date:*  Thu, Sep. 04, 2008

★ A & A LEGAL SERVICE ★
1541 Bayshore Hwy.
Burlingame, CA 94010-1602
(650) 697-9431
GENERAL@AALEGALSERVICE.COM
Fax (650) 697-4640

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Aug. 24, 2007

Judicial Council Form        PROOF OF SERVICE                (DODY BRACKEN)
Rule 982.9.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL CASE                    jemil.40566