| | |
|---|---|
| 1 | JEFFREY A. MILLER (CSB No.160,602) |
| 2 | (jmiller@orrick.com)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 1000 Marsh Road<br>Menlo Park, CA 94025 |
| 4 | Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401 |
| 5 | Attorneys for Plaintiff |
| 6 | UPEK, INC. |
| 7 | STEVEN LIEBERMAN |
| 8 | (slieberman@rothwellfigg.com)<br>MINAKSI BHATT |
| 9 | (mbhatt@rothwellfigg.com)<br>ROTHWELL FIGG ERNST & MANBECK |
| 10 | 1425 K Street, N.W.<br>Suite 800 |
| 11 | Washington, DC 20005<br>Telephone: (202) 783-6040 |
| 12 | Facsimile: (202) 783-6031 |
| 13 | Attorneys for Defendants<br>IDEX ASA and |
| 14 | IDEX AMERICA, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UPEK, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>IDEX ASA, IDEX AMERICA INC., and<br>STIFTELSEN FOR INDUDSTRIELL<br>OG TEKNISK FORSKNING VED NTH,<br><br>            Defendants. | Civil Action No.  3:07-cv-04338-CRB<br><br>**STIPULATION ENLARGING TIME<br>FOR RESPONDING TO COMPLAINT** |

Plaintiff, Upek, Inc. ("Upek"), and Defendants, Idex ASA and Idex America, Inc. (collectively "Idex"), pursuant to Local Rule 6-1, hereby stipulate to a thirty (30) day extension of time for Idex to respond to Upek's Complaint. This extension of time will not alter the date of any

---

STIPULATION ENLARGING TIME
FOR RESPONDING TO COMPLAINT

1  event or any deadline already fixed by Court order, including but not limited to the Initial Case
2  Management Conference, to be held on December 7, 2007 at 8:30 am.

4  Dated: September 12, 2007                    ORRICK HERRINGTON & SUTCLIFF LLP

6                                               _____/s/_____
                                                Jeffrey A. Miller

8  Attorneys for Plaintiff
   Upek, Inc.

10 Dated: September 12, 2007                    ROTHWELL FIGG ERNST & MANBECK

12                                              _____/s/_____
                                                Minaksi Bhatt

14 Attorney for Defendants
   Idex ASA and Idex America, Inc.

STIPULATION ENLARGING TIME
FOR RESPONDING TO COMPLAINT-2

**ATTESTATION**

I, Jeffrey A. Miller, am the ECF User whose ID and password are being used to file Stipulation to Extend Time to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that Manaksi Bhatt has read and approved this stipulation. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: September 12, 2007     By:     s/ Jeffrey A. Miller
                                      Jeffrey A. Miller
                                      Attorneys for Plaintiff UPEK, Inc.

STIPULATION ENLARGING TIME
FOR RESPONDING TO COMPLAINT-3