JEFFREY A. MILLER (STATE BAR NO..160602)
(jmiller@orrick.com)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Plaintiff
UPEK, INC.


STEVEN LIEBERMAN
(slieberman@rothwellfigg.com)
MINAKSI BHATT
(mbhatt@rothwellfigg.com)
ROTHWELL FIGG ERNST & MANBECK
1425 K Street, N.W.
Suite 800
Washington, DC 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031

Attorneys for Defendants
IDEX ASA and
IDEX AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPEK, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>IDEX ASA, IDEX AMERICA INC., and<br>STIFTELSEN FOR INDUDSTRIELL<br>OG TEKNISK FORSKNING VED NTH,<br><br>    Defendants. | Civil Action No.  3:07-cv-04338-CRB<br><br>**STIPULATION ENLARGING TIME<br>FOR RESPONDING TO COMPLAINT** |

   Plaintiff, Upek, Inc. ("Upek"), and Defendants, Idex ASA and Idex America, Inc.

(collectively "Idex"), pursuant to Local Rule 6-1, hereby stipulate to a seven (7) day extension of

time for Idex to respond to Upek's Complaint.  The parties have agreed to this extension because

1    they are engaged in settlement discussions, have reached tentative agreement on the proposed

2    terms of a settlement, and are in the process of attempting to finalize a written agreement. This

3    extension of time will not alter the date of any event or any deadline already fixed by Court order.

4    Dated:   October 15, 2007                    ORRICK HERRINGTON & SUTCLIFF LLP

5

6                                                          _____
                                                                              /s/
7                                                              Jeffrey A. Miller
                                                          Attorneys for Plaintiff Upek, Inc.

8

9    Dated:   October 15, 2007                    ROTHWELL FIGG ERNST & MANBECK

10

11                                                        _____
                                                                              /s/
12                                                             Minaksi Bhatt
                                                          Attorney for Defendants
13                                                       Idex ASA and Idex America, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Jeffrey A. Miller, am the ECF User whose ID and password are being used to file Stipulation to Extend Time to Respond to Complaint.  In compliance with General Order 45, X.B., I hereby attest that Manaksi Bhatt has read and approved this stipulation.  I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: October 15, 2007          By:          _____/s/_____

Jeffrey A. Miler
Attorneys for Plaintiff UPEK, Inc.

OHS West:260320621.1

STIPULATION ENLARGING TIME
FOR RESPONDING TO COMPLAINT
(CASE NO. 3:07-CV-04338-CRB)

- 3 -