1  JEFFREY A. MILLER (STATE BAR NO. 160602)
   SUGITHRA SOMASEKAR (STATE BAR NO. 247924)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA  94025
   Telephone:     650-614-7400
4  Facsimile:     650-614-7401

5

   Attorneys for Plaintiff
6  UPEK, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | UPEK, INC., a Delaware corporation,       | **CASE NO. C07-04338 CRB**

13 |                Plaintiff,                  | **PROOF OF SERVICE**

14 |       v.

15 | IDEX ASA,
   | IDEX AMERICA INC., a Delaware
16 |       corporation, and
   | STIFTELSEN FOR INDUDSTRIELL OG
17 | TEKNISK FORSKNING VED NTH.

18 |                Defendants.

**PROOF OF SERVICE**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025.

On **October 16, 2007**, I caused to be served the following document(s):

1. **STIPULATION ENLARGING TIME FOR RESPONDING TO COMPLAINT**

| | |
|---|---|
| X | by transmitting via **Facsimile** the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| X | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **United States Mail** at Menlo Park, California addressed as set forth below. |

Steven Lieberman
Minaksi Bhatt
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W. Suite 800
Washington, D.C. 20005
**Telephone: (202) 783-6040**
**Facsimile: (202) 783-6031**
mbhatt@rfem.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on **October 16, 2007**, at Menlo Park, California.

Susan Principe
Printed Name

*[signature]*
Signature