JEFFREY A. MILLER (STATE BAR NO..160602)
(jmiller@orrick.com)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Plaintiff
UPEK, INC.


STEVEN LIEBERMAN
(slieberman@rothwellfigg.com)
MINAKSI BHATT
(mbhatt@rothwellfigg.com)
ROTHWELL FIGG ERNST & MANBECK
1425 K Street, N.W.
Suite 800
Washington, DC 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031

Attorneys for Defendants
IDEX ASA and
IDEX AMERICA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UPEK, INC., | |
|---|---|
| Plaintiff, | Civil Action No. 3:07-cv-04338-CRB |
| v. | **STIPULATION ENLARGING TIME FOR RESPONDING TO COMPLAINT** |
| IDEX ASA, IDEX AMERICA INC., and STIFTELSEN FOR INDUDSTRIELL OG TEKNISK FORSKNING VED NTH, | |
| Defendants. | |

Plaintiff, Upek, Inc. ("Upek"), and Defendants, Idex ASA and Idex America, Inc. (collectively "Idex"), pursuant to Local Rule 6-1, hereby stipulate to a seven (7) day extension of time for Idex to respond to Upek's Complaint. The parties have agreed to this extension because

1  they are engaged in settlement discussions, have reached tentative agreement on the proposed
2  terms of a settlement, and are in the process of attempting to finalize a written agreement. This
3  extension of time will not alter the date of any event or any deadline already fixed by Court order.

4  Dated:   October 15, 2007                    ORRICK HERRINGTON & SUTCLIFF LLP

6                                                                       /s/
                                                              Jeffrey A. Miller
7                                                    Attorneys for Plaintiff Upek, Inc.

9  Dated:   October 15, 2007                    ROTHWELL FIGG ERNST & MANBECK

11                                                                      /s/
                                                               Minaksi Bhatt
12                                                     Attorney for Defendants
                                                    Idex ASA and Idex America, Inc.
13  October 17, 2007

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ATTESTATION

1     I, Jeffrey A. Miller, am the ECF User whose ID and password are being used to file Stipulation to Extend Time to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that Manaksi Bhatt has read and approved this stipulation. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: October 15, 2007    By:    /s/
    Jeffrey A. Miler
    Attorneys for Plaintiff UPEK, Inc.

OHS West:260320621.1

STIPULATION ENLARGING TIME
FOR RESPONDING TO COMPLAINT
(CASE NO. 3:07-CV-04338-CRB)

- 3 -