JEFFREY A. MILLER (CSB No.160,602)
(jmiller@orrick.com)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Plaintiff
UPEK, INC.


STEVEN LIEBERMAN
(slieberman@rothwellfigg.com)
MINAKSI BHATT (CSB No. 151,312)
(mbhatt@rothwellfigg.com)
ROTHWELL FIGG ERNST & MANBECK
1425 K Street, N.W.
Suite 800
Washington, DC 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031

Attorneys for Defendants
IDEX ASA and
IDEX AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UPEK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>IDEX ASA, IDEX AMERICA INC., and STIFTELSEN FOR INDUDSTRIELL OG TEKNISK FORSKNING VED NTH,<br><br>Defendants. | Civil Action No.  3:07-cv-04338-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

WHEREAS on October 24, 2007, the parties reached a settlement to resolve this action.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties and through their respective counsel of record, subject to the Court's approval, that:

1. Each Parties' claims against the other are dismissed with prejudice; and

2. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Respectfully submitted,

JEFFREY A. MILLER
ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: October 29, 2007         _____/s/_____
                                Attorneys for Plaintiff UPEK, Inc.

STEVEN LIEBERMAN
MINAKSI BHATT
ROTHWELL FIGG ERNST & MANBECK

Dated: October 29, 2007         _____/s/_____
                                Attorneys for Defendants IDEX ASA and IDEX
                                AMERICA, INC

IT IS SO ORDERED

Dated: October 30, 2007         _____
                                Honorable Charles R. Breyer
                                United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]

# ATTESTATION

I, Jeffrey A. Miller, am the ECF User whose ID and password are being used to file Stipulation to Extend Time to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that Minaksi Bhatt has read and approved this stipulation and proposed order. I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: October 29, 2007           By:     s/ Jeffrey A. Miller
                                          Jeffrey A. Miller
                                          Attorneys for Plaintiff UPEK, Inc.