```
 1  JEFFREY A. MILLER (STATE BAR NO. 160602)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 2  1000 Marsh Road
    Menlo Park, CA  94025
 3  Telephone:   650-614-7400
    Facsimile:    650-614-7401
 4

 5  Attorneys for Plaintiff
    UPEK, INC.
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12  UPEK, INC., a Delaware corporation,        CASE NO.  C07 04338 (CRB)

13              Plaintiff,                     PROOF OF SERVICE:
                                               STIPULATION AND ORDER FOR
14        v.                                   DISMISSAL SIGNED BY JUDGE
                                               CHARLES BREYER
15  IDEX ASA,                                  OCTOBER 30, 2007
    IDEX AMERICA INC., a Delaware
16              corporation, and
    STIFTELSEN FOR INDUDSTRIELL OG
17  TEKNISK FORSKNING VED NTH.

18              Defendants.

19

20

21

22

23

24

25

26

27

28
                         PROOF OF SERVICE
```

## PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My place of employment and business address is 1000 Marsh Road, Menlo Park, California 94025.

On October 31, 2007, I served the below entitled document(s) in the manner described below:

**STIPULATION AND ORDER FOR DISMISSAL SIGNED BY JUDGE CHARLES BREYER ON OCTOBER 30, 2007**

☒ **BY FACSIMILE** – I caused to be served a true copy of the foregoing document on the interested party as set forth above via facsimile.

☒ **BY FIRST CLASS MAIL** – I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above to the below named parties.

☐ **BY EMAIL** – I am employed in the county from which the mailing occurred. On the date indicated above, I emailed the above document in PDF format to the persons below, addressed to their respective email addresses.

☐ **BY FEDERAL EXPRESS** – On the date indicated above, I deposited the sealed package(s) in a box or other facility regularly maintained by Federal Express for delivery of documents, with the delivery fees paid or provided for by the sender.

Steven Lieberman
Minaksi Bhatt
Rothwell Figg Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, DC 20005
(202) 783-6031

I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service.

Executed on October 31, 2007, at Menlo Park, California.

*/s/ Rita Hernandez*
Rita Hernandez

OHS West:260301958.1